IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER HARRIS, | ) | |
|     Petitioner, | ) | Civil Action No. 7:14cv00503 |
| | ) | |
| v. | ) | MEMORANDUM OPINION |
| | ) | |
| CYCH, | ) | By: Michael F. Urbanski |
|     Respondent. | ) | United States District Judge |

Christopher Harris, a federal inmate proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Harris asks the court to notify the United States Attorney's Office that he is no longer required to advise the United States of any name, address, or residence change because his $4 million criminal fine was discharged through a promissory note he filed, in accordance with the Uniform Commercial Code.[1] Harris's petition is largely nonsensical, and the court finds no basis to grant the relief Harris seeks. Therefore, the court will dismiss Harris's petition pursuant to Rules 1(b) and 4 of the Rules Governing Section 2254 Cases.

Entered: October 20, 2014

*Michael F. Urbanski*

Michael F. Urbanski
United States District Judge

---

[1] Harris also filed a motion to amend his petition to add a claim that "failure to discharge [his] fines, penalties, and other obligations by use of his promissory note" "violates the Constitution and laws of the United States." The court finds that allowing such an amendment would be futile and, therefore, will deny Harris's motion.