# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| CHRISTOPHER HARRIS, | ) | |
|     Petitioner, | ) | Civil Action No. 7:14cv00503 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| CYCH, | ) | By: Michael F. Urbanski |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying memorandum opinion entered on this day, it is hereby **ORDERED** that Harris's motion to amend (Docket No. 3) is **DENIED** as futile; his 28 U.S.C. § 2241 petition is **DISMISSED without prejudice**; his motion for judgment as a matter of law (Docket No. 2) is **DENIED;** and this action is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this order and the accompanying memorandum opinion to petitioner.

                Entered: October 20, 2014

                *Michael F. Urbanski*

                Michael F. Urbanski
                United States District Judge