**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ROANOKE DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER HARRIS,** | ) | |
| Petitioner, | ) | **Civil Action No. 7:14cv00503** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **C. ZYCH,** | ) | **By: Michael F. Urbanski** |
| Respondents. | ) | **United States District Judge** |

This matter is before the court on Harris's motion (Docket No. 8) "to stay the order to notify the U.S. Attorney's Office of any change of name, address, or residence until all fines, etc., are fully paid." By memorandum opinion and order entered October 20, 2014, the court dismissed Harris's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 and, on March 9, 2015, the United States Court of Appeals for the Fourth Circuit dismissed Harris's appeal. In his instant motion, Harris states that his 1998 judgment of conviction in the Southern District of Indiana ordered him to notify the United States Attorney's Office of any change of name, address, or residence "until all fines imposed by judgment are fully paid." Harris argues that, on January 2, 2014, the United States accepted his promissory note under provisions of the Uniform Commercial Code as payment of his $4 million fine. Harris now asks this court to "stay" the Southern District of Indiana's order directing him to notify the United States Attorney's Office of any change of name, address, or residence "in the interests of justice" because otherwise, his rights to due process and equal protection will be violated. The court has reviewed Harris's motion and finds it to be frivolous. Accordingly, it is hereby **ORDERED** that Harris's motion (Docket No. 8) is **DENIED**.

The Clerk is directed to send a certified copy of this order to petitioner.

Entered: May 4, 2015

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge